# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-mj-169-VCF |
| Plaintiff, | ORDER FOR DISMISSAL AND QUASHING WARRANT |
| v. | |
| CLARKE R. JAEHN, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice Complaint filed against defendant Clarke R. Jaehn. Government also requests the warrant issued on March 3, 2005 for Failure to Appear for Status Check be quashed.

DATED this __17th__ day of June, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Rachel Kent

RACHEL L. KENT
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this __19th day__ of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

1